Kristin A. Zilberstein, Esq. (SBN: 200041)
L. Bryant Jaquez, Esq. (SBN 252125)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorney for Secured Creditor
U.S. Bank Trust National Association, as Trustee for the Igloo Series III Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 19-30291 |
| JOHN DENTONI | CHAPTER 13 |
| Debtor (s). | **CONDITIONAL NON-OPPOSITION TO MOTION TO SELL** |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

U.S. Bank Trust National Association, as Trustee for the Igloo Series III Trust, its successors and/or assignees, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") John Dentoni.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 7/1/2035 and is secured by a First Deed of Trust on the subject property commonly known as 724 Miller Ave., South San Francisco, CA 94080-2527 ("Property").

Pursuant to 11 U.S.C. § 363(f) Secured Creditor is entitled to the full payment of their claim. Secured Creditor has no Opposition to Debtor's Motion to Sell the Subject Property so long as the lien of Secured Creditor is paid off in full satisfaction of the debt.

Based upon the foregoing, Secured Creditor respectfully requests any order granting Debtor's Motion to sell include the below language:

> The loan secured by a first lien on real property located at 724 Miller Avenue, South San Francisco, CA 94080-2527 will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a non-expired contractual payoff statement received directly from U.S. Bank Trust National Association, as Trustee for the Igloo Series III Trust and its servicing agent, BSI Financial Services.

Dated: May 3, 2019          GHIDOTTI | BERGER LLP

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Counsel for U.S. Bank Trust National
Association, as Trustee for the Igloo Series III
Trust, its successors and/or assignees

Case: 19-30291   Doc# 22   Filed: 05/03/19   Entered: 05/03/19 12:58:32   Page 2 of 4

Kristin A. Zilberstein, Esq. (SBN: 200041)
L. Bryant Jaquez, Esq. (SBN 252125)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee for the Igloo Series III Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 19-30291 |
| John Dentoni, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On May 3, 2019 I served the following documents described as:

- **CONDITIONAL NON-OPPOSITION TO MOTION TO SELL**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>John Dentoni<br>724 Miller Ave<br>South San Francisco, CA 94080 | **Trustee**<br>David Burchard<br>P.O. Box 8059<br>Foster City, CA 94404 |
|---|---|
| **Debtor's Counsel**<br>Richard L. Sturdevant<br>Financial Relief Law Center<br>1200 Main St. #G<br>Irvine, CA 92614 | **U.S. Trustee**<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on May 3, 2019 at Santa Ana, California

/s / Enrique Alarcon
Enrique Alarcon

2

CERTIFICATE OF SERVICE

Case: 19-30291    Doc# 22    Filed: 05/03/19    Entered: 05/03/19 12:53:32    Page 4 of 4